16 April 2015

Honorable Keith E Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa
San Anto, Tx 78205

District Clerk—Bexar County
Donna Kay Mc Kinney
300 Dolorosa st, Ste 217
San Anto, Tx 78205
(210) 335-2113

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR 23 PM 12: 20

Keith E. Hottle

RE: Judicial Notice and Request pursuant
to Tx. Rules of App. Procedure 12.6. requesting
the status
Trial Court Case No 2013-CR-6698.
Bexar County 186th Judicial District
Appeal No. 04-14-00412-CR

Robert Martinez, Pro Se
TDCJ ID No. 1931397
Lopez State Jail
1203 EL Cibolo Rd,
Edinburg, Tx. 78542

VIA U.S. FIRST CLASS
MAIL

Greetings:

Pursuant to Texas Rules of Appellate Procedure(s) Rule 12.6, And
I, Robert Martinez, 'Appellate', Prose hereinafter "Appellate"
Request this court take Judicial Notice of pending case
Number trial Court case NO 307125, Bexar County Court No 5
Appellate seeks the Status of Appeal No 04-14-00412-CR

Additionally, Appellate will continue to request the Court take
Judicial Notice of the Repeated Access to Courts, No Contact
with Appointed Attorney's or returned of file(s), Lost and
missing papers, All made part of the Access to Court violations

Page 1 of 2

Appellant seeks the Courts Judicial Notice of the United States Constitutional Violations And Appointed appeal counsel, refusing to communicate, contact, Appellate... to forego Ineffective Assistance of trial Counsel IN Case No 2013-CR-6698 ground, seek evidentary hearing on motion for New Trial... Appellant seeks to preserve, All grounds contained IN his motion for New Trial. Appellant, makes Notice And request the Court to TAKE Judicial Notice Appellant has mailed Numerous correspondence to the Bexar County District Clerk without Any response.

Robert Martinez, Pro Se

UNSWORN Declaration By Inmate

I Robert Martinez, being presently incarcerated IN the Texas Dept. of Criminal Justice, Lopez State Jail, Hidalgo County, Texas declare under penalty of perjury that the above And foregoing is true And correct to the best of my ability

Executed on April 17, 2015

Robert Martinez, Pro Se
TDCJID No 1931397
Lopez State Jail
1263 EL Cibolo Rd
Edinburg, Tx. 78542

Page 2 of 2

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx. 78542

MCALLEN TX 785
23 APR 2015 PM

Honorable Keith E Hotlle, Clerk
Fourth Court of Appeals
300 Dolorosa
San Antonio, Texas 78205

Legal Mail
16 April 2015

78205830G7